UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KELVIN L. JOHNSON, | ) | |
| Petitioner, | ) | 2:11-cv-00072-JCM-VCF |
| vs. | ) | **ORDER** |
| DWIGHT NEVEN, *et al.*, | ) | |
| Respondents. | ) | |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. By order filed December 5, 2011, the court dismissed ground one of the petition and directed respondents to file an answer to ground two of the petition, within thirty days. (ECF No. 9). On January 5, 2012, respondents filed an answer along with a motion for late filing. (ECF No. 10). Respondents ask this court to permit the filing of the answer one day after the time for its filing expired. Good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for the late filing of the answer (ECF No. 10) is **GRANTED.**

**IT IS FURTHER ORDERED** that petitioner's reply shall be filed within **thirty (30) days** of the entry of this order.

Dated this 10th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE

2